U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

DEC - 4 2007

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MARY DOW, ET AL | : | DOCKET NO. 2:07 CV 532 |
| VS. | : | JUDGE MINALDI |
| ARROW TERMINALS, INC., ET AL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the motion to remand be and it is hereby GRANTED. This matter is remanded to the 14th Judicial District Court for Calcasieu Parish, Louisiana.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ____ day of _____, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE